————O————

## No. 5709.

## ANTONIO TESTARD vs. SOCIETA ITALIANA DI MUTUA BENEFICENZA CHRISTOFORO COLOMBO.

Anthony J. Rossi, for plaintiff and appellee.

P. J. Potorno, for defendant and appellant.

For the reasons orally assigned:

The judgment appealed from is reversed and it is now ordered that there be judgment in favor of plaintiff, Antonio Testard, and against defendant, the Societa Italiana di Mutua Beneficenza Christoforo Colombo, for the full sum of one hundred ($100.00) dollars, with legal interest from this date until paid and the costs of both Courts.

Opinion and decree, April 14th, 1913.

Rehearing refused, May 14th, 1913.